By the Court.
1. At common law an action for an injury to the person caused by the want of shill or negligence of a surgeon, although based on contract, did not survive the death of either party. Vettner v. Gilman, 48 N. H., 416; Jenkins v. French, 58 N. H., 533; Smith v. Seerman, 4 Cush., 412; Zabriskie v. Smith, 13 N. Y., 322; Wade v. Kalbfleisch, 58 N. Y., 282; Stebbins v. Palmer, 1 Pick., 79; Lattimore v. Simmons, 13 S. & R., 183; Long v. Morrison, 14 Inch, 595; Wheatley v. Lane, 1 Saund., 216; Cowp., 376; Chamberlain v. Wilson, 2 M. & S., 416.
2. “An injury to personal estate” under section 398, Civil Code (S. & C. Stat., 1058), is damage done to some specific property of which the person is the owner. It is not damage arising incidentally or collaterally.

Judgment affirmed.